# NO. 12-08-00259-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *PAULA ANN HOBBS,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant entered an open plea of guilty to forgery and was placed on deferred adjudication community supervision for three years. Subsequently, the State moved to adjudicate guilt. Appellant stipulated that the allegations in the State's motion were true and signed a waiver of her right to appeal. Her counsel also signed the waiver. Appellant was adjudicated guilty of the offense of forgery and assessed punishment at confinement for fifteen months in a state jail facility. Appellant then filed a pro se notice of appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant has waived the right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). The certification was signed by Appellant and her counsel and is included in the record on appeal. *See* TEX. R. APP. P. 25.2(d). The record supports the trial court's certification. *See **Dears v. State**,* 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Accordingly, we ***dismiss*** the appeal ***for want of jurisdiction***.

Opinion delivered June 18, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)